# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:06CR16-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| KEVIN PHILLIP MOOSMAN ) | |

**THIS MATTER** is before the Court on a Petition for Claim of Ownership of Vehicle filed by Robert and Lynn Moosmann, parents of the Defendant.

The Moosmans state that they are responding to the Government's Public Notice of Action and Pending Forfeiture of Property that includes a 2000 Dodge Intrepid which they allege they own and allowed their son, the Defendant, to use while attending college at Western Carolina University, and which the Government alleges was used by the Defendant to facilitate his drug activities. After review of the Petition, the Court finds that the Government should file response.

**IT IS, THEREFORE, ORDERED** that the Clerk provide the Government with a copy of the Moosmanns' Petition and that the Government file response thereto on or before 30 days from entry of this Order.

Signed: December 28, 2006

Lacy H. Thornburg
United States District Judge