IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL NO. 2:06CR16-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | O R D E R |
| ) | |
| KEVIN PHILLIP MOOSMAN ) | |

**THIS MATTER** is before the Court on a letter from the Petitioners Robert and Lynn Moosmann to the United States Attorney, filed February 13, 2007. The Court construes such letter as a motion to withdraw their Petition for Claim of Ownership of Vehicle.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Petitioners' motion to withdraw their Petition for Claim of Ownership of Vehicle is **ALLOWED**, and the petition is hereby **DISMISSED.**

Signed: February 21, 2007

Lacy H. Thornburg
United States District Judge